# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

131043
(19)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRENDA L. FOUNTAIN,
      Plaintiff-Appellee,

v

ARROW UNIFORM RENTAL,
      Defendant-Appellant.

SC: 131043
COA: 266583
WCAC: 04-000291

_____/

On order of the Court, the motion for reconsideration of this Court's order of July 31, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

Clerk

11023